Humberto M. Guizar (SBN 125769)
Kent M. Henderson (SBN 139530)
Angel Carrazco, Jr. (SBN 230845)
GUIZAR, HENDERSON & CARRAZCO, L.L.P.
18301 Irvine Blvd.
Tustin, CA 92780
Telephone No.: (714) 541-8600
Facsimile No.: (714) 541-8601

Attorneys for Plaintiff S.S.L.

Rickey Ivie (SBN 76864)
IVIE, McNEILL & WYATT
444 South Flower Street, Suite 1800
Los Angeles, CA 90071
Telephone No.: (213) 489-0028
Facsimile No.: (213) 489-0552

Attorneys for Defendants
COUNTY OF LOS ANGELES, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S.L. a minor, et al.<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES; JOHN APOSTOL, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:17-CV-05544-TJH-AGR<br><br>Assigned for All Purposes to: Hon. Terry J. Hatter, Jr.<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [JS-6]** |

1
**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

**TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**: IT IS HEREBY ORDERED, following the stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

Dated: SEPTEMBER 2, 2021

_____
The Honorable, TERRY J. HATTER, JR.
United States District Judge